# MISCELLANEOUS CASE COVER SHEET

| **PLAINTIFFS** <br> ABC | **DEFENDANTS** <br> DEF |
|---|---|
| **Attorney's** (Firm Name, Address, and Telephone Number) <br> Selendy Gay PLLC <br> 1290 Avenue of the Americas, Floor 20 <br> New York, NY 10104 <br> 212-390-9000 | **Attorneys (If Known)** <br> Gordon Law Group, LLP <br> 585 Boylston Street <br> Boston, MA 02116 <br> 800-403-7755 |

**DESCRIPTION OF CASE**
Petition to confirm arbitration award.

**Has this or a similar case been previously filed in SDNY?**

No? [X]   Yes? [ ]   Judge Previously Assigned _____

If yes, was this case: Vol. [ ]   Invol. [ ]   Dismissed. No [ ]   Yes [ ]

If yes, give date: _____   & Case No. _____

**NATURE OF CASE**

- [ ] M 08-85 Motion to Compel
- [ ] M 08-85 Motion to Quash
- [ ] M 08-86 Internet Infringement
- [ ] M 08-88 Surety Companies
- [ ] M 08-425 Sureties Proceedings
- [ ] M 11-03 SEC Litigation to Freeze Account
- [ ] M 11-188 GJ Subpoenas - Unsealed
- [ ] M 11-189 GJ Subpoenas - Sealed
- [ ] M 16-88 Sale of Unclaimed Seamen's Effects
- [ ] M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- [ ] M 18-302 Registration of a Judgment from Another District
- [ ] M 18-304 Administrative Subpoena Proceedings
- [ ] M 18-305 Registration of Student Loan Judgment
- [ ] M 18-981 Nonjudicial Civil Forfeiture Proceeding
- [ ] M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- [ ] M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- [ ] M 19-63 Receivers - Property in Other Districts
- [ ] M 19-78 Denial to Sue In Forma Pauperis
- [ ] M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- [ ] M 22-2 Designation of individual to issue certified copies in bankruptcy part
- [ ] M 23 Petition to Perpetuate Testimony
- [ ] M 25-1 Order for Entry to Effect Levy - IRS Matter
- [ ] M 25-2 Permission to have access to safe deposit boxes
- [ ] M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union
- [ ] M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- [ ] M 28 Warrant for Entry & Inspection of Premises
- [ ] M 29 Privacy Act Application
- [ ] M 30 Privacy Act Application
- [ ] M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- [ ] M 32 Petition for Writ to Produce Federal Prisoner in State Court
- [ ] M 33 Inspection Warrant - Department of Energy
- [ ] M 34 Order of Another District Court that the State Court Produce
- [ ] M 35 Order to Stay Transfer of Federal Prisoner
- [ ] M 36 National Labor Relations Board
- [ ] M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- [ ] M 38 Application for Reassignment of Bankruptcy Proceeding
- [ ] M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- [ ] M 41 Order of Return of 28:2254/2255 Petition
- [ ] M 42 Order Denying Stay of Deportation
- [ ] M 43 Contempt of Court in Bankruptcy
- [ ] M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- [ ] M 46 Order from Another District for Public Viewing
- [ ] M 47 Bankruptcy Cases - Before Appeal Filed
- [ ] M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- [ ] M 48 Application for Appointment of Counsel - No Case in This Court
- [ ] M 49 Order Denying Commencement of Civil Action
- [ ] M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- [ ] M 52 Application for Leave to File a Complaint
- [ ] M 53 Order Barring Individual from Entering Courthouse Building
- [ ] M 54 Immigration Naturalization - Order Delaying Deportation
- [ ] M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- [ ] M 58 Application for Extension of Time to File Petition for Removal
- [ ] M 59 Application to Produce Federal Prisoner in State Court
- [ ] M 67 Notice of Eviction to Squatters (USA Cases)
- [ ] M 71 Application re: Federal Rules Cr. 11(e)(2)
- [ ] M 72 Order of Attachment of Another District – EDNY
- [ ] M 73 Subpoena to Government Agency
- [ ] M 75 Application for Writ of Garnishment
- [ ] M 76 Central Violations Bureau
- [ ] M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- [ ] M 90 Order of Attachment
- [ ] M 93 Letters Rogatory _____
- [ ] M 94 Other _____
- [X] M 98 Application to file a civil case under seal.
- [ ] M 100 Motion to Unseal – Criminal Duty Matter
- [ ] M 101 Motion to Unseal – Criminal
- [ ] M 102 Motion to Unseal – Civil

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

**JUDGE**_____**MISCELLANEOUS CASE NUMBER**_____

NOTE:  Please submit at the time of filing an explanation of why cases are deemed related

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Because Petitioner's name is pseudonymized for purposes of this publicly filed civil cover sheet, Petitioner's address has not been included to maintain Petitioner's identity under seal.

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Because Respondent's name is pseudonymized for purposes of this publicly filed civil cover sheet, Respondent's address has not been included to maintain Respondent's identity under seal.

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

N/A

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE    No [X]   Yes [ ]

**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS [ ]   MANHATTAN [X]

**SIGNATURE OF ATTORNEY OF RECORD**

/s/ Jordan Goldstein

RECEIPT #

Tammi M. Hellwig, Clerk of Court, _____

Dated: _____

**ADMITTED TO PRACTICE IN THIS DISTRICT**

[ ] U.S. GOVERNMENT ATTORNEY

[ ] NO

[X] YES (DATE ADMITTED (MM/YY)  09/11  )

ATTORNEY BAR CODE #  JG1234

Dated:  01/28/2025